UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**   'O'   JS-6

| Case No. | 2:23-cv-09039-CAS (MAAx) | Date | April 29, 2024 |
|---|---|---|---|
| Title | SOUTHWEST MOUNTAIN STATES REGIONAL COUNCIL OF CARPENTERS V. SABER INDUSTRIES, INC. ET AL | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Maria Bustillos | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Giovanni Chavez   Not Present

**Proceedings:**   SOUTHWEST MOUNTAIN STATES REGIONAL COUNCIL OF CARPENTERS' PETITION TO CONFIRM ARBITRATION AWARDS AGAINST SABER INDUSTRIES, INC., AND PROVIDENCE VENTURE, INC. (Dkt. 1, filed on OCTOBER 26, 2023)

On October 26, 2023, petitioner Southwest Mountain States Regional Council of Carpenters filed a petition to confirm the arbitration awards against respondents Saber Industries, Inc. and Providence Venture, Inc.[1] Dkts. 1, 1-1.

On January 4, 2024, the Court set a briefing schedule for petitioner's petition to confirm the arbitration awards against respondents and set the hearing on the petition for February 26, 2024. Dkt. 14. The Court ordered respondents to file an opposition no later than February 5, 2024, and petitioner to file a reply no later than February 12, 2024. Id.

On January 4, 2024, prior to the Court's entry of the revised briefing schedule in this case, petitioner requested that the Clerk of Court enter default against respondents pursuant to Federal Rule of Civil Procedure 55(a). Dkt. 13. Thereafter, on January 5, 2024, the Clerk of Court entered default against respondents. Dkt. 15.

///

///

---

[1] Petitioner is now called Western States Regional Council of Carpenters. Dkts. 17, 23.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**   'O'   JS-6

| Case No. | 2:23-cv-09039-CAS (MAAx) | Date | April 29, 2024 |
|---|---|---|---|
| Title | SOUTHWEST MOUNTAIN STATES REGIONAL COUNCIL OF CARPENTERS V. SABER INDUSTRIES, INC. ET AL | | |

On February 5, 2024, respondents served their opposition on petitioner's counsel, but failed to file it on the docket. Dkt. 18. On February 13, 2024, petitioner filed a notice of lodging of respondents' opposition, and attached the opposition as an exhibit. Id. In their opposition, respondents requested additional time to retain counsel to oppose the petition and argued that the Court should deny the petition because the arbitrator was not neutral. Id. On February 12, 2024, petitioner filed a reply to the opposition, arguing that respondents' allegation of a personal relationship between petitioners' attorneys and the arbitrator is "factually false" and further does not fall under any of the narrow exceptions for vacating an arbitration award. Dkt. 17. Petitioner also asserted that respondents were properly served with the petition and, as corporations, may not appear pro se in this action. Id.

On February 14, 2024, the Court continued the hearing on petitioner's petition to confirm the arbitration awards to April 29, 2024, and ordered respondents to retain counsel. Dkt. 19. The Court admonished respondents that failure to retain counsel could result in the entry of default judgment or other sanctions against them. Id.

On February 19, 2024, petitioner filed a proof of service of the Court's February 14, 2024 order. Dkt. 20. On April 4, 2024, petitioner filed a notice of scheduling and a proof of service of the notice of scheduling, which indicated that the Court issued a scheduling notice on April 3, 2024. Dkt. 22; see also dkt. 21.

On April 15, 2024, petitioner filed a notice of respondents' failure to serve an opposition to the petition to confirm the arbitration awards. Dkt. 23. Petitioner asserted that it "has not received any opposition to the petition to confirm prepared by an attorney, nor has it been informed that [r]espondents have an attorney." Id.

On April 29, 2024, the Court held a hearing on petitioner's petition to confirm the arbitration awards against respondents. Respondents did not make an appearance.

///

///

///

///

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**　　'O'　　JS-6

| Case No. | 2:23-cv-09039-CAS (MAAx) | Date | April 29, 2024 |
|---|---|---|---|
| Title | SOUTHWEST MOUNTAIN STATES REGIONAL COUNCIL OF CARPENTERS V. SABER INDUSTRIES, INC. ET AL | | |

It appears that respondents have failed to retain counsel in violation of the Court's February 14, 2024 order. As the Court explained in that order, respondents may not appear pro se in this action because they are corporations. See dkt. 19; see also Local Rule 83-2.2.2 ("No organization or entity of any other kind (including corporations, limited liability corporations, partnerships, limited liability partnerships, unincorporated associations, trusts) may appear in any action or proceeding unless represented by an attorney permitted to practice before this Court under L.R. 83-2.1."). Accordingly, the Court **GRANTS** petitioner's petition to confirm the arbitration awards against respondents.

IT IS SO ORDERED.

|  | 00 : 02 |
|---|---|
| Initials of Preparer | CMJ |